Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
## District of Connecticut



MAY 6 2026 PM3:03
FILED-USDC-CT-NEW.HAVEN

Matthew Thomas Locke

)
)
)
)

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

Connecticut State Police, Trooper John Doe #1 and Trooper John Doe #2. East Haddam Ct, P.D, Officer John Doe #3 and Officer John Doe #4

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. _____

*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☑ Yes ☐ No

# COMPLAINT FOR A CIVIL CASE

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Matthew Thomas Locke |
| Street Address | 139 Sillimanville Road |
| City and County | Moodus |
| State and Zip Code | Connecticut 06469 |
| Telephone Number | 860 790 1058 |
| E-mail Address | mtlocke@gmail.com |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

| | |
|---|---|
| Name | John Doe #1 |
| Job or Title *(if known)* | Connecticut State Trooper (Duty Sergeant) |
| Street Address | 1111 Country Club Road |
| City and County | Middletown |
| State and Zip Code | Connecticut  06457 |
| Telephone Number | 860 658 8000 |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | John Doe #2 |
| Job or Title *(if known)* | Connecticut State Trooper |
| Street Address | 1111 Country Club Road |
| City and County | Middletown |
| State and Zip Code | Connecticut 06457 |
| Telephone Number | 860 658 8000 |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | John Doe #3 |
| Job or Title *(if known)* | East Haddam police officer |
| Street Address | 1 Plains Road |
| City and County | Moodus |
| State and Zip Code | Connecticut 06469 |
| Telephone Number | 860 873 5041 |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | John doe #4 |
| Job or Title *(if known)* | East Haddam police officer |
| Street Address | 1 Plains Road |
| City and County | Moodus |
| State and Zip Code | Connecticut 06469 |
| Telephone Number | 860 873 5041 |
| E-mail Address *(if known)* | |

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 5

      Name                        Connecticut State Police

      Job or Title *(if known)*

      Street Address          1111 Country Club Road

      City and County        Middletown

      State and Zip Code    Connecticut  06457

      Telephone Number     860 658 8000

      E-mail Address *(if known)*

Defendant No. 6

      Name                        East Haddam Police Department

      Job or Title *(if known)*

      Street Address          1 Plains Road

      City and County        Moodus

      State and Zip Code    Connecticut 06469

      Telephone Number     860 873 5041

      E-mail Address *(if known)*

Defendant No. 7

      Name

      Job or Title *(if known)*

      Street Address

      City and County

      State and Zip Code

      Telephone Number

      E-mail Address *(if known)*

Defendant No. 8

      Name

      Job or Title *(if known)*

      Street Address

      City and County

      State and Zip Code

      Telephone Number

      E-mail Address *(if known)*

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

    ☑ Federal question          ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.
Federal Statutes: 42 U.S.C 1983

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

    a.    If the plaintiff is an individual

The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____ .

    b.    If the plaintiff is a corporation

The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____ ,

and has its principal place of business in the State of *(name)*

_____ .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

    a.    If the defendant is an individual

The defendant, *(name)* _____, is a citizen of the State of *(name)* _____ . Or is a citizen of *(foreign nation)* _____ .

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

b.     If the defendant is a corporation

The defendant, *(name)* _____ , is incorporated under

the laws of the State of *(name)* _____ , and has its

principal place of business in the State of *(name)* _____ .

Or is incorporated under the laws of *(foreign nation)* _____ ,

and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.     The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

_____

## III.     Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

On May 11th 2023, while in the custody of the Ct state police and East Haddam P.D, at Troop k in Colchester CT, I , Matthew Locke was threatened and physically assaulted by two state troopers and two East Haddam police officers. After the assault I was denied proper medical treatment and transported to Hartford Corrections at a very dangerous speed of over 100 mph by John Doe #2. I sustained injuries from the assault that will require surgery on both of my rotatory cuffs, crowns on two teeth, and scrapes and bruises all over my body and face. The entire assault was caught on video from one of the officer's body cameras. I have a Copy of the videos from the Ct states attorneys office.

## IV.     Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I am asking for damages to cover all medical bills and recovery time from surgery that I will not be able to work during, in the amount of $650,000.00. I am also seeking an additional $15,000,000.00 in punitive damages due to not being able the afford the surgery and the time off of work for the recovery of surgery and living with constant pain in my shoulders for over 2 years now. Also, every time being in the presence of a police officer causes fear and makes my anxiety level go super high. I am also seeking that all 4 police officers involved in the assault be fired and never allowed to work in law enforcement ever again.

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    5/6/2026

Signature of Plaintiff

Printed Name of Plaintiff    Matthew Thomas Locke

### B.    For Attorneys

Date of signing:    _____

Signature of Attorney    _____

Printed Name of Attorney    _____

Bar Number    _____

Name of Law Firm    _____

Street Address    _____

State and Zip Code    _____

Telephone Number    _____

E-mail Address    _____